Michael E. Cardoza, Esq.,  (SBN 52264)
Jacqueline C. Fagerlin, Esq. (SBN 187732)
Tiffany K. O'Connor, Esq.  (SBN 232507)
THE CARDOZA LAW OFFICES, INC.
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910
email: tiffany@cardolaw.com

Attorneys for Plaintiffs

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALID OMAR, an individual,

        Plaintiff,

v.

HENDRICK CO AUTOMOTIVE, LLC dba CONCORD WEST AUTOMOTIVE; and DOES 1 to 50 INCLUSIVE,

        Defendants.

Case No. **3:13-cv-02364-NC**

[PROPOSED] ORDER FOR DISMISSAL OF ACTION

Plaintiffs and Defendants have stipulated to have the above entitled action dismissed with prejudice. Good cause showing, the Court ORDERS that the above entitled action be dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 10, 2013

GRANTED
Judge Nathanael M. Cousins

[PROPOSED] ORDER FOR DISMISSAL OF ACTION      3:13-cv-02364-NC